JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 611 -- In re Helicopter Accident off Cape Henry, Virginia On March 20, 1983

| Date | No. | Pleading Description |
|---|---|---|
| 84/07/23 | 1 | MOTION, SCHEDULE OF ACTIONS, CERT. OF SVC. -- The Boeing Co. for transfer of action for pretrial proceedings pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: M.D. Tennessee -- SUGGESTED TRANSFEREE JUDGE: ?   (ds) |
| 84/08/02 | | APPEARANCE -- Robert E. Pryor, Esq. for Kristy A. Alvey; Steven S. Bell, Esq. for The Boeing Company; Boeing-Vertol Company (rh) |
| 84/08/03 | 2 | RESPONSE, MEMORANDUM -- Rosa Maria Thompson -- w/cert. of service  (cds) |
| 84/08/03 | | APPEARANCE: D. MICHAEL RUST, ESQ. for Rosa Marie Thompson, etc. (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion to transfer A-1 and A-2 for Panel Hearing in San Francisco, California on September 20, 1984.  (ds) |
| 84/08/06 | 3 | RESPONSE -- Kristy A. Alvey -- w/cert of service  (cds) |
| 84/08/09 | 4 | AMENDED MOTION -- to include A-3 Lawrence F. Dunn, Sr., et al. v. The Boeing Co., E.D. Pennsylvania, 84-3618 -- The Boeing Co. -- w/cert. of svc. -- NOTIFIED PASL (cds) |
| 84/08/09 | 5 | REPLY -- The Boeing Co. -- w/cert. of svc. (cds) |
| 84/08/13 | | AMENDMENT TO HEARING ORDER filed on August 6, 1984 -- Adding A-3 Dunn, et al. v. The Boeing Co., E.D.Pa., 84-3618 -- NOTIFIED counsel, clerk and judge. (emh) |
| 84/08/20 | | APPEARANCE: LOUIS S. FRANECKE, ESQ. for Lawrence F. Dunn, Sr., et al. (cds) |
| 84/08/20 | 6 | RESPONSE -- Plaintiffs Dunn, et al. -- w/cert. of service (cds) |
| 84/09/19 | | HEARING APPEARANCES -- JOHN DILLOW, ESQ. for The Boeing Co.; CHARLES W. SWANSON, ESQ. for Kristy A. Alvey; LOUIS S. FRANECKE, ESQ. for Lawrence F. Dunn, Sr., et al.; LUTHER R. LEWIS, ESQ. for Rosa Marie Thompson (ds) |
| 84/09/26 | 7 | RECEIVED IN OPEN COURT ON SEPTEMBER 20, 1984, SAN FRANCISCO, CA. -- Pretrial Material regarding (A-1) filed in E.D. Calif. no cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 611 -- In re Helicopter Accident off Cape Henry, Virginia on March 20, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/02 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of litigation to Judge Weiner -- signed by Judge Luongo (cds) |
| 84/10/02 | | TRANSFER ORDER -- transferring actions to the Eastern District of Pennsylvania before Hon. Charles R. Weiner -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND RECIPIENTS (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 611 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HELICOPTER ACCIDENT OFF CAPE HENRY, VIRGINIA ON MARCH 20, 1983

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/20/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 2, 1984 | TO | Unpublished | E.D. Pa. | Cherles R. Weiner | |

### Special Transferee Information

DATE CLOSED: 12/28/85

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — Eastern District of Penna.
Judge Charles R. Weiner

DOCKET NO. 611 -- In re Helicopter Accident off Cape Henry, Virginia on March 20, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rosa Marie Thompson, etc. v. The Boeing Co., et al. | E.D.Calif. Ramirez | Civ-S-84-388 RAR | 10/2/84 | 84-5073 | 12/17/85 | |
| A-2 | Kristy A. Alvey, etc. v. The Boeing Co., et al. | M.D.Tenn. Nixon | 3-84-0261 | 10/2/84 | 84-5182 | 12/12/85 12/28/85 | |
| A-3 | Lawrence F. Dunn, Sr., et al. v. The Boeing Co. | E.D. Pa. Weiner | 84-3618 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 611 -- In re Helicopter Accident off Cape Henry, Virginia on March 20, 1983

---

ROSA MARIE THOMPSON, ETC. (A-1)

D. Michael Rust, Esq.
Bolling, Walter & Gawthrop
Post Office Box 255200
7919 Folsom Blvd., Suite 300
Sacramento, CA  95865-5200

KRISTY A. ALVEY, ETC. (A-2)
Robert E. Pryor, Esq.
Pryor, Flynn & Priest
Suite 600
706 Walnut Street
P.O. Box A-870
Knoxville, Tennessee 37901

THE BOEING COMPANY
BOEING-VERTOL COMPANY, a division of
   The Boeing Company
Steven S. Bell, Esq.
Perkins, Coie, Stone, Olsen & Williams
1110 Vermont Avenue, N.W.
Suite 1200
Washington, D.C.  20005

LAWRENCE F. DUNN, SR., ET AL. (A-3)
Louis S. Francke, Esq.
Mack, Hazlewood, Francke & Tinney
221 Pine Street, Suite 500
San Francisco, CA  94104

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 611 -- In re Helicopter Accident off Cape Henry, Virginia on March 20, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Boeing Co. (The Boeing-Vertol Helicopter Co) | A-1, A-2 |
| Boeing Helicopter Co. | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3